### Feliska HYSZKO

v.

### Lawrence BARBOUR et al.

### Alice MINASIAN, Executrix

v.

### Brian J. BARRY et al.

### Nos. 79–508–A, 80–121–A.

Supreme Court of Rhode Island.

July 10, 1980.

S. Christopher Stowe, Jr., Deeb G. Sarkas, Warwick, for plaintiffs.

Higgins, Cavanagh & Cooney, Joseph V. Cavanagh, Providence, for defendants.

### ORDER

The motion of plaintiffs to consolidate these cases is granted.

DORIS, J., did not participate.

### Domenic J. IZZI et al.

v.

### EMPLOYERS MUTUAL CASUALTY COMPANY et al.

### No. 80–14–A.

Supreme Court of Rhode Island.

July 10, 1980.

Edmond A. DiSandro, Albert J. Lepore, Providence, for plaintiffs.

William Gerstenblatt, Providence, for defendants.

### ORDER

The motion of plaintiffs and the motion of defendant Frank Lancia to affirm the judgment of the Superior Court pursuant to Rule 16(g) are denied.

DORIS, J., did not participate.

### Rev. James C. RAWLINSON et al.

v.

### BOARD OF CANVASSERS OF CITY OF WOONSOCKET et al.

### No. 79–371–M.P.

Supreme Court of Rhode Island.

July 10, 1980.

Rev. James C. Rawlinson, pro se.

Dennis J. Roberts II, Atty. Gen., John S. Foley, Spec. Asst. Atty. Gen., for defendants.

### ORDER

This case is hereby assigned to the calendar for Friday, July 25, 1980, at 3 p. m. for oral argument.

DORIS, J., did not participate.